# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 25, 2019

## NO. 03-19-00517-CV

**Clyde Nubine, Appellant**

**v.**

**Texas Workforce Commission c/o, Mr. Paul Tabor; Travis County Shoe Hospital, Inc., c/o Mr. Carrol Kelly; Mr. Kaub Harper; and Mr. Raul, et al., Appellees**

## APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on April 29, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.